William E. Bonham, SB# 55478
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Robert McClary

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 06-CR-451 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER TO CONTINUE ADMIT/ |
| v. | ) | DENY HEARING |
| | ) | |
| ROBERT McCLARY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, Robert McClary, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the admit/ deny hearing currently set for Monday, April 8, 2013 at 9:30 am be vacated and continued until Monday, April 22, 2013 at 9:30 am. Counsel has spoken with AUSA Lee and USPO Mizutani and they have no objection to the continuance.

This continuance is requested because defense counsel was not able to connect with USPO Mizutani until earlier this morning and have tentatively scheduled further conferencing with defendant and USPO Mizutani next week.

Defense counsel is confident that this further consultation will lead to a resolution by agreement and proposal to the Court.  Counsel has had further delay in contacting defendant's family and to verify employment.

USPO Mizutani is unavailable on April 15, 2013 and therefore the matter must be continued to April 22, 2013.  Counsel anticipates that he will be ready to proceed with the admit/ deny hearing on April 22, 2013 without further continuance.

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States stipulate that the admit/deny hearing for defendant, Robert McClary should be continued until Monday, April 22, 2013 at 9:30 am.

Dated: April 5, 2013　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:/s/ WILLIAM BONHAM for
　　　　　　　　　　　　　　　　　JUSTIN LEE
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: April 5, 2013　　　　　　　　By:/s/ WILLIAM  BONHAM for
　　　　　　　　　　　　　　　　　WILLIAM BONHAM
　　　　　　　　　　　　　　　　　Counsel for defendant Robert McClary

# **ORDER**

IT IS ORDERED THAT THE admit/ deny hearing currently set for Monday, April 8, 2013 at 9:30 am is vacated and continued to Monday, April 22, 2013 at 9:30 am.

Dated: April 08, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE