William E. Bonham, SB# 55478
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Robert McClary

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT McCLARY<br><br>    Defendant. | Case No: 06-CR-451 WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/ DENY HEARING |

    The defendant, Robert McClary, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the admit/ deny hearing currently set for Monday, April 22, 2013 at 9:30 am be vacated and continued until Monday, May 6, 2013 at 9:30 am.  Counsel has spoken with AUSA Lee and he has no objection to the continuance.  USPO Mizutani has been notified.

Defense counsel was not able to connect with USPO Mizutani as was proposed on April 5 (as stated in the April 5, 2013 Memorandum) due to Defense Counsel illness with acute bronchitis as well as having two new Federal appointments and ongoing hearings in a case in Tuolumne County. Defense Counsel is confident that this further consultation will lead to a resolution by agreement and proposal to the Court.

Counsel has had further delay in verifying defendant's two employment positions at the time of his arrest. Defense Counsel has consulted with defendant who has agreed to this continuance.

Counsel anticipates that he will be ready to proceed with the admit/deny hearing on May 6, 2013 without further continuance.

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States stipulate that the admit/deny hearing for defendant, Robert McClary should be continued until Monday, May 6, 2013 at 9:30 am.

Dated: April 18, 2013               BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:/s/ WILLIAM BONHAM for
                                    JUSTIN LEE

Assistant U.S. Attorney

Dated: April 18, 2013

By: /s/ WILLIAM BONHAM for
WILLIAM BONHAM
Counsel for defendant Robert McClary

## **ORDER**

IT IS ORDERED THAT THE admit/ deny hearing currently set for Monday, April 22, 2013 at 9:30 am is vacated and continued to Monday, May 6, 2013 at 9:30 am.

Dated: April 19, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE