William E. Bonham, SB# 55478
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Robert McClary

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 06-CR-451 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO CONTINUE ADMIT/ |
| v. ) | DENY HEARING |
| ) | |
| ROBERT McCLARY ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant, Robert McClary, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the admit/ deny hearing currently set for Monday, May 6, 2013 at 9:30 am be vacated and continued until Monday, May 13, 2013 at 9:30 am. Counsel has spoken with AUSA Justin Lee and he has no objection to the continuance. USPO Mizutani has been notified.

Defense counsel needs additional time to negotiate settlement and remains that further consultation with the Government will lead to a resolution by agreement and proposal to the Court.

Counsel has had further delay in verifying defendant's two employment positions at the time of his arrest. Defendant McClary is in agreement with continuing this matter.

Counsel anticipates that he will be ready to proceed with the admit/deny hearing on May 13, 2013 without further delay.

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States stipulate that the admit/deny hearing for defendant, Robert McClary should be continued until Monday, May 13, 2013 at 9:30 am.

Dated: May 3, 2013　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:/s/ WILLIAM BONHAM for
　　　　　　　　　　　　　　　　　JUSTIN LEE
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: May 3, 2013　　　　　　　　By:/s/ WILLIAM BONHAM for
　　　　　　　　　　　　　　　　　WILLIAM BONHAM
　　　　　　　　　　　　　　　　　Counsel for defendant Robert McClary

# **ORDER**

IT IS ORDERED THAT THE admit/ deny hearing currently set for Monday, May 6, 2013 at 9:30 am is vacated and continued to Monday, May 13, 2013 at 9:30 am.

Dated: May 3, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE